UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-1679 (TNM) |

## **JOINT STATUS REPORT**

Pursuant to the Court's November 20, 2024, Minute Order, the Parties conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

1. On April 24, 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), a component of Defendant U.S. Department of Justice, it issued its first response to Plaintiff's FOIA request, producing fifty-five pages with redactions and withholding additional pages in its entirety. on and did not anticipate releasing further responsive records due to an active and ongoing investigation.

2. On November 13, 2024, ATF issued its second response consisting of forty pages of responsive records.

3. ATF completed its initial review of the additional tranche of documents and anticipates making a production to Plaintiff on or before March 3, 2025.

4. The parties respectfully request that they be ordered to file a further joint status report in 60 days with either an update on the production or a proposal for a briefing schedule. A proposed order is attached.

| | |
|---|---|
| Dated: January 20, 2025 | Respectfully submitted, |
| /s/ James F. Peterson<br>JAMES F. PETERSON<br>D.C. Bar #450171<br>JUDICIAL WATCH, INC.<br>425 Third Street, SW Suite 800<br>Washington, DC 20024<br>(202) 646-5175<br>JPeterson@judicialwatch.org<br><br>*Counsel for Plaintiff* | BRIDGET M. FITZPATRICK, D.C. Bar #474946<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Kaitlin K. Eckrote<br>KAITLIN K. ECKROTE<br>D.C. Bar #1670899<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, D.C. 20530<br>(202) 252-2485<br>Kaitlin.eckrote@usdoj.gov<br><br>*Counsel for the United States of America* |

2